ACCEPTED
06-15-00014-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/14/2015 4:37:27 PM
DEBBIE AUTREY
CLERK

CAUSE NO. <u>06-15-00014-CV</u>

_____

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/14/2015 4:37:27 PM
DEBBIE AUTREY
Clerk

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS, TEXARKANA DIVISION

_____

| | |
|---|---|
| WILLIAM H. SCURLOCK | § |
| | § |
| v. | § |
| | § |
| JOHN M. HUBBARD | § |

_____

JOINT MOTION TO DISMISS APPEAL

_____

Cory J. Floyd
Texas Bar No. 24049365
cory@nortonandwood.com

Cammy R. Kennedy
Texas Bar No. 24079245
cammy@nortonandwood.com

NORTON & WOOD, L.L.P.
315 Main Street
Texarkana, Texas   75501
Phone:  (903) 823-1321
FAX: (903) 823-1325

ATTORNEYS FOR APPELLANT,
WILLIAM H. SCURLOCK

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant WILLIAM H. SCURLOCK, and Appellee JOHN M. HUBBARD, who files their Joint Motion to Dismiss, and shows unto the Court as follows:

1. Appellant and Appellee ask this Court to dismiss this appeal in light of the fact that the parties settled their dispute subsequent to ADR held on March 24, 2015, and have entered into a written agreement that disposes of the dispute.

2. Appellant and Appellee agree to the filing of this motion to dismiss the appeal in accordance with TRAP 42.1. *See J.B.J. Distribs. v. Jaikaran*, 744 S.W.2d 379, 380 (Tex.App.–Houston [1st Dist.] 1988, no writ).

3. Accordingly, Appellant and Appellee request for the Court to dismiss this appeal and remand the cause to the trial court to effectuate the parties' settlement agreement. *See* TRAP 42.1(a)(2)(C).

For reasons stated above, Appellant and Appellee request that this Court grant this Joint Motion to Dismiss.

Respectfully submitted:

/s/ Cory J. Floyd
Cory J. Floyd
Texas Bar No. 24049365
Email: cory@nortonandwood.com

Cammy R. Kennedy
Texas Bar No. 24079245
Email: cammy@nortonandwood.com

NORTON & WOOD, L.L.P.
315 Main Street
Texarkana, Texas   75501
Phone:  (903) 823-1321
FAX: (903) 823-1325
ATTORNEYS FOR APPELLANT,
WILLIAM H. SCURLOCK

/s/Brent M. Langdon
Brent M. Langdon
Texas Bar No. 11902250
Email:  blangdon@ldatty.com

Kyle B. Davis
Texas Bar No. 24031995
Email:  kdavis@ldatty.com

LANGDON & DAVIS
625 Sam Houston Drive, Suite A
New Boston, Texas 75570
Phone: (903) 628-5571
FAX: (903) 628-5868
ATTORNEYS FOR APPELLEE,
JOHN M. HUBBARD

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2015 a true and correct copy of the Joint

Motion to Dismiss was forwarded to the counsel below:

Brent M. Langdon
Kyle B. Davis
LANGDON & DAVIS
625 Sam Houston Drive, Suite A
New Boston, Texas   75570
Email: blangdon@ldatty.com
Email: kdavis@ldatty.com

/s/ Cory J. Floyd
Cory J. Floyd
